| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Blanton, Lewis M. | 2. Court or Organization U. S. District Court, E.D.Mo. | 3. Date of Report 05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

111 U. S. Courthouse
555 Independence, Suite 4000
Cape Girardeau, MO 63703

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | I am vested in the retirement plan for judges of the State of Missouri. As of March 5, 1996, I began to receive retirement benefits. (cntd Part VIII) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blanton, Lewis M. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Retirement from State of Missouri as a former state judge | $34,856.52 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Public School Retirement System of Missouri (from teaching - began in July, 2002). |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blanton, Lewis M. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blanton, Lewis M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton World Fund-Class A IRA (Mutual fund) | B | Dividend | K | T | Sold (part) | 04/24/12 | J | | |
| 2. Montgomery Bank, N.A., Sikeston, MO (accounts) | A | Interest | J | T | | | | | |
| 3. Vanguard Prime Money Market Fund (R/O-IRA) | A | Interest | J | T | | | | | |
| 4. Vanguard International Growth Fund Investor (R/O-IRA) | A | Dividend | J | T | | | | | |
| 5. Vanguard Total Stock Market Index Fund Inv. (R/O-IRA)(Y) | | | | | Sold (part) | 09/14/10 | J | | |
| 6. | | | | | Closed | 12/06/10 | K | | |
| 7. Vanguard Total Stock Market Index Admiral Fund (IRA) | A | Dividend | K | T | Buy (add'l) | 11/26/12 | J | | |
| 8. Vanguard FTSE All-World ex-U.S. Inv. Fund (IRA) | A | Dividend | J | T | | | | | |
| 9. Vanguard Brokerage Account | | None | | | | | | | |
| 10. - Baron Partners Fund (IRA) (Y) | | | | | Sold | 06/28/12 | J | | |
| 11. - Dodge & Cox International Fund (IRA) (Y) | | | | | Sold | 06/28/12 | J | | |
| 12. - Meridian Growth Fund (IRA) (Y) | A | Dividend | | | Sold (part) | 07/03/12 | J | | |
| 13. | | | | | Sold | 11/23/12 | J | | |
| 14. - Rydex Series Trust Nasdaq 100 Fund (Investor)IRA (Y) | | None | | | Sold (part) | 07/03/12 | J | | |
| 15. | | | | | Sold | 11/21/12 | J | | |
| 16. - Professionally Managed AKRE Focus Retail class (X) | A | Dividend | J | T | Buy | 07/03/12 | J | | |
| 17. T.Rowe Price New Horizons Fund (X) | | None | J | T | Buy | 12/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I, page 1, line 1. The filer is no longer a member at large of the District Committee of the Cherokee District, Greater St. Louis Area Council, Boy Scouts of America.

PART II. Parties and Terms re: I am vested, cntd ... The plan requires no contributions by the participants. INFORMATIONAL NOTE: The reporting person was an Associate Circuit Judge for the State of Missouri before becoming a U. S. Magistrate Judge on October 18, 1991.

Part III-A. Retirement from State of Missouri - The amount received has remained the same through the years since I am not eligible for cost of living increases to the retirement amount.

Part V, page 3, line 1. The filer received free membership in the American Bar Association because of his age and longtime membership. Because the filer would have been included in a group membership of the judges in this district court, the free membership for 2012 was worth $70 instead of $399 as was the case in 2011.

Part VI, page 3, lines 1 and 2. As noted in the financial disclosure report for 2011, the credit cards for Chase and Montgomery Bank were paid off in 2011.

Part VII-2. Montgomery Bank accounts are aggregated into one listing.

Part VII-3. The value of the Vanguard Prime Money Market Fund was $00 at the end of the year 2012. This fund is used to temporarily hold Required Minimum Distributions until they are "swept" out and sent to the undersigned, or to hold proceeds from sales until they are reinvested. The total income for the year was $0.39.

Part VII-5 and 7. Vanguard exchanged shares of Vanguard Total Stock Market Index Admiral Fund for shares of previously held Vanguard Total Stock Market Index Inv. Fund on 12-6-10, because of the increase in value of the shares. Vanguard did this on its own. The new class (Admiral) requires a smaller management fee.

Part VII-5 and 8. FTSE All-World ex-U.S. Inv. Fund (8) had its inception on 9-14-10 by what Vanguard terms an "exchange" from Total Stock Market Index Inv. Fund (5). Shares of 5 were sold to buy shares of 8 on 9-14-10. The computer program for this report would not permit a description as an "exchange."

Part VII-9. Vanguard Brokerage Account holds VII-16 Professionally Managed AKRE Focus Retail Class. The brokerage account has been moved up on the list and the fund now held in the brokerage account is indented.

| Name of Person Reporting | Date of Report |
|---|---|
| Blanton, Lewis M. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lewis M. Blanton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544